UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District Of Texas
FILED

OCT 03 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-1921 |
| DAVID FOX | § | |

## SEALED CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about November 20, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**DAVID FOX**

while under oath and testifying in a proceeding before a Grand Jury of the United States, knowingly made a material false declaration by responding "No" to the question "Did you receive any money or any benefit from any individual or entity in connection with casting a vote as a member of the Weslaco City Commission?"

All in violation of Title 18, United States Code, Section 1623(a).

RYAN K. PATRICK
United States Attorney

Roberto Lopez, Jr.
Assistant United States Attorney
Southern District of Texas
Email: Roberto.Lopez2@usdoj.gov