U.S. Department of Justice  
Washington, D.C.  
9/27/2019/aa

Criminal Docket

McALLEN Division

CR. No. **M-19-1921**

**RANDY CRANE**

**SEALED CRIMINAL INFORMATION**

Filed: October 9, 2019  
County: Hidalgo  
Lions #: **2019R12111**

UNITED STATES OF AMERICA

v.

DAVID FOX

Judge: _____

Attorneys:

RYAN K. PATRICK, UNITED STATES ATTORNEY

ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY

Cts. 1

Charge(s): Ct. 1: Perjury  
Title 18, United States Code, Sections 1623(a)

Total Counts  
**(1)**

Penalty: Ct. 1: Imprisonment for up to 5 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT

Agency: Federal Bureau of Investigation - Jason Malkiewicz - 194B-SA-2052028  
Internal Revenue Service - Sonia Hurtado – 1000283338

Proceedings

Date