United States District Court
Southern District of Texas
**ENTERED**
October 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-1921 |
| | § | |
| DAVID FOX | § | |

**PRE-SENTENCE INVESTIGATION SCHEDULE**

The Defendant having been adjudicated GUILTY in this cause, it is hereby ORDERED as provided by Local Rule 32 of the Southern District of Texas:

1. That the investigation and preparation of the pre-sentence report be completed by **November 12, 2019.**

2. That immediately thereupon the pre-sentence report shall be made available to the Defense Counsel and Counsel for the Government via electronic delivery.

3. That counsel shall electronically file objections to the report (including the alleged facts of the offense and application of the sentencing guidelines) by **November 26, 2019.** A hard copy of such objections shall also be provided to Probation. If there is no objection, likewise a statement of non-opposition signed by Counsel and the Defendant shall be filed.

4. That after further investigation the pre-sentence officer shall submit a final report by **December 10, 2019.**

5. That counsel shall electronically file memorandums and/or any documentation for sentencing purposes **7 days before the sentencing hearing**. Any documentation not timely filed may be orally presented at the time of the sentencing.

6. That this case is set for sentencing hearing on **January 9, 2020 at 2:00 p.m.**

DONE at McAllen, Texas, this 8th day of October, 2019.

_____
Micaela Alvarez
United States District Judge