United States District Court
Southern District of Texas
**ENTERED**
January 06, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. 7:19-CR-01921 |
| DAVID FOX | § § | |

### ORDER

On this date came on to be considered "Defendant's Unopposed Motion to Continue Sentencing" [*Dkt. No.22*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED**. Sentencing is hereby reset to **April 15, 2020 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of January, 2020.

Micaela Alvarez
United States District Judge