United States District Court
Southern District of Texas
**ENTERED**
August 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:19-CR-1921-1 |
| | § | |
| DAVID FOX | § | |

## ORDER

On this date came on to be considered "Defendant's Unopposed Motion to Continue Sentencing Hearing" [*Dkt. No. 31*]. The Court, after duly considering said motion, finds that the motion should be and it is hereby **GRANTED.** Sentencing is hereby reset to **January 13, 2021 at 9:00 a.m.**

IT IS SO ORDERED.

DONE at McAllen, Texas, this 14th day of August, 2020.

_____
Micaela Alvarez
United States District Judge