## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 7:19–cr–01921

David Fox

## Notice of Resetting

**A proceeding has been reset in this case as to David Fox as set forth below.**

**BEFORE:**
**Judge Micaela Alvarez**

**LOCATION:**
Courtroom of Honorable Micaela Alvarez
Bentsen Tower
1701 W. Bus. Hwy. 83
McAllen, TX 78501

**DATE:** 7/1/2021

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date:   June 7, 2021                                                Nathan Ochsner, Clerk